IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| CINDY M. WOODS, | * | |
| --- | --- | --- |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:18CV00817-SWW |
| | * | |
| NANCY A. BERRYHILL, | * | |
| Acting Commissioner of Social Security | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE